JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CURTIS REYNOLDS, <br> Petitioner, <br> v. <br> UNITED STATES, <br> Respondent. | Case No. 2:17 CV-02378-MWF (SHK) <br><br> JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is transferred to the Middle District of Pennsylvania for the reasons set forth in the related Order.

DATED: September 18, 2017

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE